## Exhibit A

**Plaintiff's Counsel**

Steven F. Molo*
New York Registration Number: 4221743
Cody A. Wiles*
New York Registration Number: 5983895
**MOLOLAMKEN LLP**
430 Park Avenue
New York, NY 10022
Telephone: 212-607-5951
smolo@mololamken.com
cwiles@mololamken.com

Eric A. Posner*
Illinois Bar Number: 6329216
**MOLOLAMKEN LLP**
300 N. LaSalle Street, Suite 5350
Chicago, IL 60654
Telephone: 312-450-6700
eposner@mololamken.com

Eric Nitz
Virginia Bar Number: 82471
**MOLOLAMKEN LLP**
600 New Hampshire Avenue, N.W.,
  Suite 500
Washington, DC 20037
Telephone: 202-556-2000
enitz@mololamken.com

Rosalie Pemberton Fessier
Virginia Bar Number: 39030
**TIMBERLAKESMITH**
25 North Central Avenue
P. O. Box 108
Staunton, VA 24402-0108
Telephone: 540-885-1517
Fax: 540/885-4537
rfessier@timberlakesmith.com

Joshua P. Davis*
California Bar Number: 193254
Julie A. Pollock*
California Bar Number: 346081
Hope Brinn*
California Bar Number: 338508
**BERGER MONTAGUE**
505 Montgomery Street,
  Suite 625
San Francisco, CA 94111
Telephone: 1-800-424-6690
jdavis@bm.net
jpollock@bm.net
hbrinn@bm.net

\* Pro Hac Vice Application Forthcoming

**Defendants**

American Association of Veterinary Clinicians ("AAVC"),

Solution Innovations, Inc.,

American Association of Veterinary Medical Colleges ("AAVMC"),

American Veterinary Medical Association ("AVMA"),

VCA Animal Hospitals, Inc. ("VCA"),

Ethos Veterinary Health LLC ("Ethos"),

Pathway Vet Alliance, LLC d/b/a Thrive Pet Healthcare ("Thrive"),

MedVet Associates, LLC ("MedVet"),

Trustees of the University of Pennsylvania ("Penn"),

University of Pennsylvania School of Veterinary Medicine ("Penn Veterinary School"),

Trustees of Tufts College ("Tufts"),

Tufts University Cummings School of Veterinary Medicine ("Tufts Veterinary School"),

Cornell University ("Cornell"),

Cornell University College of Veterinary Medicine ("Cornell Veterinary College"),

University of Florida Board of Trustees ("University of Florida"),

The College of Veterinary Medicine at the University of Florida ("UF Veterinary College"),

Ohio State University ("OSU"),

OSU College of Veterinary Medicine ("OSU Veterinary College"),

Texas A&M University System ("Texas A&M"),

Texas A&M College of Veterinary Medicine and Biomedical Science ("Texas A&M Veterinary College")